UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY ALVAREZ,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE M. GALAZA,<br><br>    Respondent. | 1:03-CV-5556 AWI LJO HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #22) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 27, 2006, petitioner filed a motion to extend time to file objections to the Findings and Recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:   April 4, 2006**          /s/ Lawrence J. O'Neill
23ehd0                                   UNITED STATES MAGISTRATE JUDGE