UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY ALVAREZ,        )<br>                               )<br>    Petitioner,             )<br>                               )<br>    v.                         )<br>                               )<br>GEORGE M. GALAZA,              )<br>                               )<br>    Respondent.            )<br>_____) | 1:03-CV-5556 AWI LJO HC<br><br>SECOND ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(DOCUMENT #24) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 8, 2006, petitioner filed his second motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:   May 30, 2006**                               **/s/ Lawrence J. O'Neill**
23ehd0                                                         UNITED STATES MAGISTRATE JUDGE