UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK ANTHONY ALVAREZ, | ) | 1:03-CV-5556 AWI LJO HC |
| Petitioner, | ) | |
| v. | ) | THIRD ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS (DOCUMENT #27) |
| GEORGE M. GALAZA, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 10, 2006, petitioner filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:  July 24, 2006**           /s/ Lawrence J. O'Neill
23ehd0                              UNITED STATES MAGISTRATE JUDGE