UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY ALVAREZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE M. GALAZA, ) <br> ) <br> Respondent. ) <br> _____ ) | 1:03-CV-05556 AWI LJO HC <br><br> ORDER GRANTING FOURTH AND FINAL EXTENSION OF TIME <br><br> [Doc. #29] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 7, 2006, Petitioner filed a fourth request for an extension of time in which to file objections to the Findings and Recommendation. Accordingly, good cause having been presented to the Court and good cause appearing therefor, Petitioner is GRANTED an extension of time of thirty (30) days from the date of service of this order to file his objections. However, **this will be the final extension of time** granted Petitioner, as the Findings and Recommendation will have been pending for nearly eight (8) months by the expiration of this extension of time.

IT IS SO ORDERED.

**Dated:    September 20, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                            UNITED STATES MAGISTRATE JUDGE