# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY ALVAREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GEORGE M. GALAZA, Warden,<br><br>　　　　Respondents. | 1:03-CV-05556 AWI LJO HC<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME<br><br>[Doc. #35] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 20, 2006, the Court issued an order denying the petition in the above-captioned matter. Judgment was entered on the same date.

On January 3, 2007, Petitioner filed a request for an extension of time in which to file an application for certificate of appealability and a notice of appeal to the Ninth Circuit Court of Appeals. Pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, the notice of appeal "must be filed with the district court within 30 days after the judgment or order appealed from is entered." Under Rule 4(a)(5)(A)(i), the district court may extend the time to file a notice of appeal "if the party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires."

Since the notice of appeal was due on December 20, 2006 (thirty days after judgment was entered), Petitioner had until January 19, 2007, to file a motion for extension of time. Petitioner's

1  motion dated January 3, 2007, is therefore timely.
2       Provided the request is timely, pursuant to Rule 4(a)(5)(C), the Court may grant an extension,
3  but the extension may not exceed "30 days after the prescribed time or 10 days after the date when
4  the order granting the motion is entered, whichever is later."
5       Accordingly, Petitioner's request for an extension of time to file a notice of appeal is
6  GRANTED, and the notice of appeal is due 10 days from the date of service of this order.
7  IT IS SO ORDERED.
8  **Dated:   February 2, 2007**            /s/ Lawrence J. O'Neill
   23ehd0                                   UNITED STATES DISTRICT JUDGE